IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0155

_____

IN THE MATTER OF:

C.L.,                                                          O R D E R

      A Youth.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Elizabeth Best, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 29 2021